1   LAWRENCE G. BROWN
    Acting United States Attorney
2   LUCILLE GONZALES MEIS
    Regional Chief Counsel, Region IX
3   Social Security Administration
    JACQUELINE A. FORSLUND
4   Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone:  (415) 977-8943
        Facsimile:  (415) 744-0134
7       E-Mail: Jacqueline.A.Forslund@ssa.gov

8   Attorneys for Defendant

9                    UNITED STATES DISTRICT COURT

10               EASTERN DISTRICT OF CALIFORNIA

11                      **SACRAMENTO DIVISION**

12

13  ESTHER RAEL,                      )
                                      )      CIVIL NO. 2:08-CV-1868-GGH
14          Plaintiff,                )
                                      )
15          v.                        )      STIPULATION AND ORDER FOR
                                      )      EXTENSION OF TIME
16  MICHAEL J. ASTRUE,                )
    Commissioner of                   )
17  Social Security,                  )
                                      )
18          Defendant.                )
    _____     )

19

20          The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

21  attached Order, that Defendant shall have a first extension of time of 60 days to respond to Plaintiff's

22  motion for summary judgment.  Plaintiff's motion for summary judgment was inadvertently filed with

23  pages missing, and Plaintiff is now refiling to include the complete motion and brief in support thereof.

24  Also, the Assistant Regional Counsel assigned to this case is out of the office unexpectedly, on extended

25  medical leave.  This case has been assigned to a new Assistant Regional Counsel, requiring additional

26  review.  The current due date is July 2, 2009.  The new due date will be August 31, 2009.

27

28

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: July 30, 2009                    /
                                         (As authorized via email)
                                         ANN M. CERNEY
                                         Attorney for Plaintiff

Dated: July 30, 2009                    LAWRENCE G. BROWN
                                         Acting United States Attorney
                                         LUCILLE GONZALES MEIS
                                         Regional Chief Counsel, Region IX
                                         Social Security Administration


                                         /s/ Jacqueline A. Forslund
                                         JACQUELINE A. FORSLUND
                                         Special Assistant U.S. Attorney

                                         Attorneys for Defendant


ORDER

APPROVED AND SO ORDERED. [1]


DATED: August 4, 2009
                              /s/ Gregory G. Hollows

                              GREGORY G. HOLLOWS
                              UNITED STATES MAGISTRATE JUDGE

rael.eot

---

[1]However, given CJRA deadlines and the length of this *nunc pro tunc* extension, no further continuances will be authorized.

2 - Stip & Order Extending Def's Time