1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  DANIEL P. TALBERT
5  Special Assistant United States Attorney
           333 Market Street, Suite 1500
6          San Francisco, California 94105
7          Telephone:  (415) 977-8926
           Facsimile:  (415) 744-0134
8          E-Mail: Daniel.Talbert@ssa.gov
9
   Attorneys for Defendant
10                         UNITED STATES DISTRICT COURT
                           EASTERN DISTRICT OF CALIFORNIA
11                              SACRAMENTO DIVISION
12
   ESTHER RAEL,                    )    Case No. 2:08-CV-01868-GGH
13        Plaintiff,                )
                                    )
14 v.                               )    STIPULATION AND ORDER FOR
                                    )    THE AWARD OF ATTORNEY FEES PURSUANT
15                                  )    TO THE EQUAL ACCESS TO JUSTICE ACT,
   MICHAEL J. ASTRUE,              )    28 U.S.C. § 2412(d)
16 Commissioner of Social Security, )
          Defendant.                )
17 _____ )
18

19      IT IS HEREBY STIPULATED by and between the parties through their

20 undersigned counsel, subject to the approval of the Court, that Plaintiff's counsel, as

21 Plaintiff's assignee, be awarded attorney fees under the EAJA in the amount of THREE

22 THOUSAND EIGHT HUNDRED dollars and 0 cents ($3,800.00).  This amount

23 represents compensation for all legal services rendered on behalf of Plaintiff, to date, by

24 counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412.

25      This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA

26 attorney fees, and does not constitute an admission of liability on the part of Defendant

27 under the EAJA.  Payment of THREE THOUSAND EIGHT HUNDRED dollars and 0

28

cents ($3,800.00) in EAJA fees, shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this civil action. Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted May 13, 2010.

Respectfully submitted,

Dated: May 13, 2010                    /s/ Ann M. Cerney
                                       (As authorized via email)
                                       ANN M. CERNEY
                                       Attorney for Plaintiff


                                       BENJAMIN B. WAGNER
                                       United States Attorney

Date: May 13, 2010                     By s/ Daniel P. Talbert
                                       DANIEL P. TALBERT
                                       Special Assistant U. S. Attorney

                                       Attorneys for Defendant Michael J. Astrue


                                       ORDER

APPROVED AND SO ORDERED.


DATED:  May 21, 2010                   /s/ Gregory G. Hollows

                                       UNITED STATES MAGISTRATE JUDGE

rael.fee